# EXHIBIT A

30033890 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUANAKEE BASKIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.** |
| **JACKMAX AUTOMOTIVE, INC. D/B/A SERRA TOYOTA, INC. AND CREDIT ACCEPTANCE CORPORATION,** | ) |
| **Defendants.** | ) |

**CONSENT TO REMOVAL**

**COMES NOW** defendant JackMax Automotive, Inc. d/b/a Serra Toyota, Inc., by and through its undersigned counsel, and hereby consents to and joins in defendant Credit Acceptance Corporation's removal of this case from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully executed and submitted this 13th day of July, 2017.

/s/ Jeffrey Ingram
Jeffrey Ingram
Galese & Ingram, P.C.
800 Shades Creek Parkway, Suite 300
Birmingham, AL 35209
(205) 870-0663
Attorney for Defendant
JACKMAX AUTOMOTIVE, INC. D/B/A
SERRA TOYOTA, INC.