# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUANAKEE BASKIN, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:17-cv-01176-RDP |
| } | |
| JACKMAX AUTOMOTIVE INC., D/B/A } | |
| SERRA TOYOTA, INC., et al., } | |
| } | |
| Defendants. } | |

## ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion to Compel Arbitration and Stay this Matter. (Doc. # 5). The parties' motion (Doc. # 5) is **GRANTED IN PART**. It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**[1] to the right of the prevailing party to enforce any arbitration award.

The parties shall bear their own costs herein.

**DONE** and **ORDERED** this July 21, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] *See, e.g., Green Tree Fin. Corp. v. Randolph*, 531 U.S. 79, 97 n. 2 (2000).